# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3559

_____

Jose Canas,                                    *
                                               *
            Appellant,                         *
                                               *
      v.                                        *   Appeal from the United States
                                               *   District Court for the Southern
Brenda Naber, Probation Officer for            *   District of Iowa.
the Seventh Judicial District; Delbert          *
E. Jones, Probation Supervisor for             *        [UNPUBLISHED]
the Seventh Judicial District,                 *
                                               *
            Appellees.                         *

_____

Submitted:   April 30, 2002

Filed:   May 2, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

      Jose Canas challenges the district court's dismissal of some claims, and adverse grant of summary judgment as to others, in Canas's 42 U.S.C. § 1983 action against various Iowa officials. After carefully reviewing the record, we conclude the district court's rulings were proper. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.